No. 02–10848.  BRUNO v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 02–10849.  EILEEN D. v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–10850.  MEYERS v. COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–10853.  PARKER v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–10854.  NEALE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–10855.  McFARLAND v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10856.  ELIAS SEPULVEDA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–10858.  FRENCH v. ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 02–10859.  HART v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10862.  RAMIREZ-VELASQUEZ v. UNITED STATES; and VELA-TORRES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 322 F. 3d 868 (first judgment); 61 Fed. Appx. 919 (second judgment).

No. 02–10863.  STROPE v. McKUNE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–10868.  McDONALD v. McDANIEL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10872.  GREY BEAR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.